IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 07-125
)
JOHN H. SWARTZ, JR. )

## O R D E R

AND NOW, to wit, this 3rd day of February, 2012, the within motion is granted, and it is hereby ORDERED that Information No. 07-125 Criminal against John H. Swartz be and the same is hereby dismissed.

UNITED STATES DISTRICT JUDGE

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services